# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:04cv92

| | |
|---|---|
| **CARRIE BOGGESS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JEFF ROPER, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Compel (Doc. No. 84), Motion for Extension of Time to File Response to Motion for Summary Judgment (Doc. No. 85), Amended Motion for Extension of Time to File Response to Motion for Summary Judgment (Doc. No. 87), and Amended Motion to Compel (Doc. No. 89).

On July 7, 2005, the parties informed the Court that the discovery dispute at issue in the motions to compel had been resolved with Defendant's provision of requested information. Therefore, Plaintiff's Motion to Compel (Doc. No. 84) and Amended Motion to Compel (Doc. No. 89) are **DENIED** as moot.

Plaintiff intends to depose witnesses regarding additional discovery referenced above and Defendant does not object. Therefore, Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment (Doc. No. 85) and Amended Motion for Extension of Time to File Response to Motion for Summary Judgment (Doc. No. 87) are **GRANTED**. The depositions regarding the additional discovery shall be scheduled as expeditiously as possible and the Court

notified of the resulting dates.  Plaintiff shall file her response to Defendant's Motion for Summary Judgment not later than 10 days after the last witness's deposition.

The Clerk is directed to send copies of this Order  to counsel for the parties.

**Signed: July 7, 2005**

Robert J. Conrad, Jr.
United States District Judge