IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv92

| | | |
|---|---|---|
| CARRIE BOGGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEFF ROPER, individually and in his | ) | |
| official capacity as Program Manager, | ) | |
| Operations Manager, Co-Host of "The | ) | |
| Jeff Roper Show," WSOC Radio Station, | ) | |
| FM 103.7, INFINITY RADIO INC., d/b/a | ) | |
| INFINITY BROADCAST CO., VIACOM, | ) | |
| and CBS RADIO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the motion of the plaintiff (Doc. No. 120) to

certify the summary judgment order (Doc. No. 109) as final, pursuant to Fed. R. Civ. P. 54(b).

This motion was filed while the plaintiff's appeal of the summary judgment order was

pending. On April 20, 2007, the United States Court of Appeals for the Fourth Circuit dismissed

the appeal. (Doc. No. 125).

**IT IS, THEREFORE, ORDERED** that the plaintiff's motion is DENIED as moot. This

matter will be scheduled for trial by separate order.

Signed: May 8, 2007

Robert J. Conrad, Jr.
Chief United States District Judge