# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carrie Boggess,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  3:04cv92

Jeff Roper,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Verdict and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the defendant and against the plaintiff in accordance with the 1/23/08 jury verdict

                                             Signed: February 13, 2008

                                             Frank G. Johns, Clerk
                                             United States District Court